DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELLEN ROSALER,**
Appellant,

v.

**JOSEPH H. ROSALER,**
Appellee.

No. 4D16-1475

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 2014DR003949 FY.

Cynthia L. Greene of Greene Smith & Associates, P.A., Coral Gables, and Jeffrey P. Wasserman of Shapiro, Blasi, Wasserman, Herman, P.A., Boca Raton, for appellant.

Chad R. Laing of Laing & Weicholz, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***